# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00421-CV

**Derrit DeRouen, Appellant**

**v.**

**William Ross Bryan, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-10-002655, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Derrit DeRouen filed a notice of bankruptcy with this Court (United States Bankruptcy Court, W.D. Texas, chapter 7, docket number 11-12818). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a) (West 2004 & Supp. 2011); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that allows the case to proceed. *See* Tex. R. App. P. 8.3(a). Failure to notify this Court of a lift of the automatic stay or termination of the bankruptcy case may result in the dismissal of the cause for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Bankruptcy

Filed:   January 11, 2012